# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1774
_____

MARK WILLIAMS,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

December 4, 2024

PER CURIAM.

Because the order on appeal merely grants a motion to dismiss but does not actually dismiss the action, it is neither a final order nor an appealable non-final order. *See Benton v. Moore*, 655 So. 2d 1272, 1273 (Fla. 1st DCA 1995). Accordingly, the appeal is dismissed for lack of jurisdiction. This dismissal is without prejudice to the appellant's right to file a timely notice of appeal once a final order has been rendered.

LEWIS, RAY, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Mark Williams, pro se, Appellant.

Ashley Moody, Attorney General, and Brandon M. Elyakim, Assistant Attorney General, Tallahassee, for Appellee.